IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2008 MAR 27  PM 3: 53

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 4:07CR3036 |
| Plaintiff, ) | |
| ) | ORDER |
| -v- ) | |
| JOSE M. LLAMAS, ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on defendant's Request to File Motion under Seal, filing _____. The Court, being fully advised of the premises, finds that said motion should granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 49.3 (c) and (d), the Clerk shall file defendant's Motion under seal.

DATED this 27th day of ~~April 2005~~ March, 2008.

BY THE COURT:

_____
United States District Court Judge
Richard G. Kopf

Order Prepared by:
Reiman Law Firm
650 J Street, Suite 400
Lincoln, NE 68508