IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3036 |
| | ) | |
| V. | ) | |
| | ) | |
| JOSE M. LLAMAS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the plaintiff's motion for dismissal of indictment without prejudice (filing 123) is granted.

DATED this 29th day of August, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge